JOHN SPARKHAWK, JR., as Trustee in Bankruptcy of the Estate of CHARLES M. STOEVER, Appellant, *v.* GILLIN PRINTING COMPANY, Respondent.

*Sparkhawk* v. *Gillin Printing Co.*, 131 App. Div. 900, affirmed.
(Argued June 14, 1910; decided September 27, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 5, 1909, affirming a judgment in favor of defendent entered upon a verdict and an order denying a motion for a new trial in an action to recover for goods alleged to have been sold and delivered.

*Henry Siegrist, Jr.*, for appellant.

*Wales F. Severance* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

JAMES L. LUSK, Respondent, *v.* ARTHUR R. PECK, Appellant, Impleaded with Another.

*Lusk* v. *Peck*, 132 App. Div. 426, affirmed.
(Argued June 14, 1910; decided September 27, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 8, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Charles P. Ryan* for appellant.

*Stewart F. Hancock* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT and CHASE, JJ. Dissenting: VANN and WILLARD BARTLETT, JJ. Taking no part: HISCOCK, J.